Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Ann T. Wick
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP - 8 2022

SEAN F. McAVOY, CLERK
SPOKANE, WASHINGTON    DEPUTY

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> BILLY GENE PINSON, <br><br> Defendant. | 2:22-CR-0120-SAB <br><br> INDICTMENT <br><br> Vio.: 18 U.S.C. § 2251(a), (e): Production and Attempted Production of Child Pornography (Counts 1-8) <br><br> 18 U.S.C. § 2252A(a)(5)(B), (b)(2): Possession of Child Pornography (Counts 9-10) <br><br> 18 U.S.C. § 2260A Commission of a Felony Sex Offense by an Individual Required to Register as a Sex Offender (Count 11) <br><br> 18 U.S.C. §§ 1594, 2253 Forfeiture Allegations |

The Grand Jury charges:

## COUNT 1

On or about July 15, 2014, in the Eastern District of Washington, the Defendant, BILLY GENE PINSON, did knowingly employ, use, persuade, induce,

INDICTMENT – 1

entice, and coerce Minor Victim 1, a minor girl born in 2008, to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, knowing and having reason to know that such visual depictions would be transmitted using any means and facility of interstate commerce, namely the Internet, and such visual depictions were produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and did attempt the same, all in violation of 18 U.S.C. § 2251(a), (e).

COUNT 2

Between on or about July 30, 2018, and on or about October 22, 2018, in the Eastern District of Washington, the Defendant, BILLY GENE PINSON, did knowingly employ, use, persuade, induce, entice, and coerce Minor Victim 2, a minor girl born in 2006, to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, knowing and having reason to know that such visual depictions would be transmitted using any means and facility of interstate commerce, namely the Internet, and such visual depictions were produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and did attempt the same, all in violation of 18 U.S.C. § 2251(a), (e).

COUNT 3

On or about July 28, 2015, in the Eastern District of Washington, the Defendant, BILLY GENE PINSON, did knowingly employ, use, persuade, induce, entice, and coerce Minor Victim 3, a minor girl born in 2013, to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, knowing and having reason to know that such visual depictions would be transmitted using any means and facility of interstate commerce, namely the Internet, and such visual depictions were produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and did attempt the same, all in violation of 18 U.S.C. § 2251(a), (e).

INDICTMENT – 2

COUNT 4

Between on or about July 26, 2014, and on or about August 28, 2017, in the Eastern District of Washington, the Defendant, BILLY GENE PINSON, did knowingly employ, use, persuade, induce, entice, and coerce Minor Victim 4, a minor girl born in 2006, to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, knowing and having reason to know that such visual depictions would be transmitted using any means and facility of interstate commerce, namely the Internet, and such visual depictions were produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and did attempt the same, all in violation of 18 U.S.C. § 2251(a), (e).

COUNT 5

On or about August 3, 2016, in the Eastern District of Washington, the Defendant, BILLY GENE PINSON, did knowingly employ, use, persuade, induce, entice, and coerce Minor Victim 5, a minor girl born in 2006, to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, knowing and having reason to know that such visual depictions would be transmitted using any means and facility of interstate commerce, namely the Internet, and such visual depictions were produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and did attempt the same, all in violation of 18 U.S.C. § 2251(a), (e).

COUNT 6

Between on or about November 2015, and on or about January 25, 2018, in the Eastern District of Washington, the Defendant, BILLY GENE PINSON, did knowingly employ, use, persuade, induce, entice, and coerce Minor Victim 6, a minor girl born in 2014, to engage in sexually explicit conduct for the purpose of producing

INDICTMENT – 3

visual depictions of such conduct, knowing and having reason to know that such visual depictions would be transmitted using any means and facility of interstate commerce, namely the Internet, and such visual depictions were produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and did attempt the same, all in violation of 18 U.S.C. § 2251(a), (e).

COUNT 7

On or about February 9, 2014, in the Eastern District of Washington, the Defendant, BILLY GENE PINSON, did knowingly employ, use, persuade, induce, entice, and coerce Minor Victim 7, a minor girl born in 2009, to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, knowing and having reason to know that such visual depictions would be transmitted using any means and facility of interstate commerce, namely the Internet, and such visual depictions were produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and did attempt the same, all in violation of 18 U.S.C. § 2251(a), (e).

COUNT 8

On or about September 13, 2015, in the Eastern District of Washington, the Defendant, BILLY GENE PINSON, did knowingly employ, use, persuade, induce, entice, and coerce Minor V        a minor girl born in 2007, to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, knowing and having reason to know that such visual depictions would be transmitted using any means and facility of interstate commerce, namely the Internet, and such visual depictions were produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and did attempt the same, all in violation of 18 U.S.C. § 2251(a), (e).

INDICTMENT – 4

## COUNT 9

On or about September 26, 2017, in the Eastern District of Washington, the Defendant, BILLY GENE PINSON, did knowingly possess material which contained one or more visual depictions of child pornography, as defined in 18 U.S.C. § 2256(8)(A), the production of which involved the use of a minor, Minor Victim 9, engaging in sexually explicit conduct, and which visual depictions were of such conduct; that had been mailed, shipped and transported in interstate and foreign commerce, and which were produced using materials that had been mailed, shipped and transported in interstate or foreign commerce, by any means including computer, all in violation of 18 U.S.C. § 2252(a)(5)(B), (b)(2).

## COUNT 10

On or about December 18, 2016, in the Eastern District of Washington, the Defendant, BILLY GENE PINSON, did knowingly possess material which contained one or more visual depictions of child pornography, as defined in 18 U.S.C. § 2256(8)(A), including images of prepubescent minors and minors who had not attained twelve years of age, the production of which involved the use of a minor engaging in sexually explicit conduct, and which visual depictions were of such conduct; that had been mailed, shipped and transported in interstate and foreign commerce, and which were produced using materials that had been mailed, shipped and transported in interstate or foreign commerce, by any means including computer, all in violation of 18 U.S.C. § 2252(a)(5)(B), (b)(2).

## COUNT 11

The Defendant, BILLY GENE PINSON, committed the felony offenses involving a minor charged in Counts One through Eight of this Indictment at times when Defendant was required by Federal and other law to register as a sex offender, all in violation of 18 U.S.C. § 2260A.

INDICTMENT – 5

NOTICE OF FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 2253, upon conviction of an offense in violation of 18 U.S.C. §§ 2251 or 2252A, as alleged in this Indictment, the Defendant, BILLY GENE PINSON, shall forfeit to the United States any visual depiction described in section 2251, 2251A, 2252, 2252A, 2252B, or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of this chapter; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offenses; and, any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses, or any property traceable to such property. The property to be forfeited includes, but is not limited to:

- a 1TB Seagate hard drive, SN NA7GS752;
- a 1TB Seagate hard drive, SN 6VPGGG7J;
- a 2TB Seagate hard drive, SN NA5KWRX7; and
- a 3TB Seagate hard drive, SN W1F3179V.

If any such property, as a result of any act or omission of the Defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

INDICTMENT – 6

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

DATED this 7 day of September, 2022.

A TRUE BILL

Foreperson

_Vanessa Waldref_
Vanessa R. Waldref
United States Attorney

_Ann T. Wick_
Ann T. Wick
Assistant United States Attorney

INDICTMENT – 7